# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>AARON RICHARD ROBERTS,<br><br>　　　　　　　　　　Defendant. | Case No. CR04-272-TSZ<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on September 11, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Kelly L. Harris, and defendant was represented by Carol A. Koller. Also present was Senior U.S. Probation Officer Jennifer Tien. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on September 17, 2004 by the Honorable Thomas S. Zilly for Felon in Possession of a Firearm. He received 37 months of imprisonment and 3 years supervised release.

///

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated March 26, 2007, Senior U.S. Probation Officer Jennifer Tien alleged that defendant violated the following conditions of supervised release:

1. Distributing a controlled substance, crack cocaine, on March 16, 2007, in Seattle, Washington in violation of RCW 69.50.4012, and in violation of the general condition that the defendant not commit any federal, state, or local crimes.

2. Driving without a license, on or before March 16, 2007, in violation of the general condition that the defendant not commit any federal, state, or local crimes.

Defendant admitted the above violations, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing October 1, 2009 at 1:30 p.m. before District Judge Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 11th day of September, 2009.

/s/ BRIAN A. TSUCHIDA
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE- 2